**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| SPIRIT MONKEY, LLC., § | |
|     Plaintiff, § | Case. No. 5:17-cv-48-OLG |
| v. § | |
| § | |
| IMAGESTUFF.COM, INC. § | |
| D/B/A SCHOOL LIFE § | DEMAND FOR JURY TRIAL |
|     Defendant. § | |

## AGREED MOTION TO APPROVE STIPULATION AND ORDER

Plaintiff Spirit Monkey, LLC ("Plaintiff") and Defendant Imagestuff.com, Inc., d/b/a School Life ("Defendant") have agreed to settle this dispute in accordance with the terms and conditions included in the Stipulation and Order attached hereto as Exhibit A.[1] Accordingly, Plaintiff and Defendant request the Court grant this Agreed Motion to Approve Stipulation and Order and close this case in accordance with the terms and conditions set forth in the parties' Stipulation and Order. *See* Ex. A.

DATED this 7th day of March, 2018.

                                                      Respectfully submitted,

                                                      */s/ Charles W. Hanor*
                                                      Charles W. Hanor
                                                      Texas Bar No. 08928800
                                                      Hanor Law Firm, PC
                                                      750 Rittiman Road
                                                      San Antonio, TX  78209
                                                      (210) 829-2002 Phone
                                                      (210) 829-2001 Fax
                                                      chanor@hanor.com

                                                      ATTORNEYS FOR PLAINTIFF

---

[1] Attached hereto as Exhibit B and Exhibit C are Exhibits A and B to the Stipulation and Order.

## CERTIFICATE OF SERVICE

I certify that the foregoing was served with the Clerk of Court and on Plaintiff's counsel on March 7, 2018 by email as well as Electronic Mail (ECF-Pacer) using the ECF system, which will send notification of such filing to the following:

Jonathan D. Jay
MN Bar No. 18603X
Pro Hac Vice
8050 West 78th Street
Edina, MN 55439
Tel.: (952) 941-4005
Fax: (952) 941-2337
jjay@hjlawfirm.com

ATTORNEYS FOR DEFENDANT

    Respectfully submitted,

    */s/ Charles W. Hanor*

    _____
    Charles W. Hanor
    Texas Bar No. 08928800
    Hanor Law Firm, PC
    750 Rittiman Road
    San Antonio, TX  78209
    (210) 829-2002 Phone
    (210) 829-2001 Fax
    chanor@hanor.com

    ATTORNEYS FOR PLAINTIFF